**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SATISH SHETTY, | No. 15-55661 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-01402-JFW-MRW |
| v. | |
| OCWEN LOAN SERVICING LLP; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted August 9, 2017**

Before:     SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Satish Shetty appeals pro se from the district court's judgment dismissing

his diversity action alleging foreclosure-related claims.  We have jurisdiction under

28 U.S.C. § 1291.  We review for an abuse of discretion a dismissal for failure to

comply with local rules.  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).  We

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

The district court did not abuse its discretion in dismissing Shetty's action because Shetty did not file an opposition to defendants' Fed. R. Civ. P. 12(b)(6) motion, request an extension of time to do so, or file an amended complaint. *See id.* (discussing factors to guide the court's evaluation of dismissal for failure to comply with local rules); *see also* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party 21 days to amend its pleading after service of a motion under Rule 12(b)); C.D. Cal. R. 7-9 (requiring the filing of an opposition or statement of non-opposition to a motion to dismiss not later than twenty-one days before the scheduled hearing date); C.D. Cal. R. 7-12 (providing that the failure to file a required document may be deemed consent to the granting or denial of the motion).

**AFFIRMED.**

15-55661